IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CALVIN JAMES HAMM,

    Plaintiff,

vs.

CHAD HUNT and DR. RODGERS,

    Defendants.

4:21CV3324

**MEMORANDUM AND ORDER**

On January 26, 2022, the court ordered Plaintiff to file an amended complaint within 30 days, or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 4th day of March, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge